

# UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| Hartford, CT 06103 | New Haven, CT 06510 | Bridgeport, CT 06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5863 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

April 7, 2021

## NOTICE OF REINSTATEMENT

In re: 3:17-gp-00010-SRU In Re: Thomas P. Willcutts

Pursuant to this Court's Local Rule 83.2, on March 20, 2018, Thomas P. Willcutts was suspended from practice before this Court. On April 6, 2021, Mr. Willcutts filed an Affidavit of Compliance certifying that he had been reinstated to practice before the Connecticut Superior Court on April 11, 2019 and had otherwise complied with the requirements of his suspension.

Under the provisions of this Court's Local Rule 83.2, and with the permission of the Court, Mr. Willcutts is reinstated to practice, effective immediately.

FOR THE COURT

Robin D. Tabora, Clerk